USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

     - v. -                         :

ALVIN HENIGAN,                    :

            Defendant.      :
                               :
- - - - - - - - - - - - - - - - x

**ORDER**

12 Cr. 308 (KMW)

       WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on May 25, 2012;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
          October 3, 2012

                                        /s/ Kimba M. Wood
                               THE HONORABLE KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE